**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 01-1168**

―――――――――――

DAVID B. CARR,

Plaintiff - Appellant,

versus

BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,

Defendant - Appellee,

and

RICHARD P. HORNE; DICK HORNE INSURANCE AGENCY,

Defendants.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-99-3155-2-18AJ)

―――――――――――

Submitted: July 26, 2001          Decided: July 31, 2001

―――――――――――

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

David B. Carr, Appellant Pro Se. John H. Tiller, HAYNSWORTH,
SINKLER, BOYD, P.A., Charleston, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David B. Carr seeks to appeal the district court's order denying his motion for reconsideration of the court's order remanding Carr's civil action to the state court. Remand orders are generally not reviewable on appeal. <u>See</u> 28 U.S.C. § 1447(d) (1994). Accordingly, we dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2